# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN JAMES WAITE<br><br>Defendant. | CR 16-15-GF-BMM<br><br>**ORDER** |

Defendant Steven James Waite has moved under 18 U.S.C. § 3583(e)(1) for an early discharge from supervised release. (Doc. 7.) The Court conducted a hearing on the motion on April 19, 2017.

Defendant was sentenced on November 19, 2003, to 168 months of custody and 60 months of supervised release. *Id.* at 2. Defendant began supervised release on November 26, 2014. *Id.* The record reflects that Defendant has complied with all of the conditions of his supervised release. The factors in 18 U.S.C. § 3553 support an early discharge of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Discharge from Supervised Release (Doc. 7), is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 19th day of April, 2017.

Brian Morris
United States District Court Judge